UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LECHASE CONSTRUCTION SERVICES, LLC | **COMPLAINT** |
| | **28 U.S.C. § 1331** |
| Plaintiff, | |
| v. | 1:20-cv-168 (LEK/DJS) |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff, LeChase Construction Services, LLC (LeChase) by their attorneys Adams Leclair LLP, alleges as follows:

**PARTIES, JURISDICTION and VENUE**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

2. The payment bond at issue herein was written in connection with a construction project performed in Albany, New York. Venue therefore lies in the United States District Court for the Northern District of New York pursuant to 28 U.S.C. §1391(b)(2).

3. Plaintiff, LeChase is a New York limited liability company, organized and existing under the laws of New York, with its principal place of business at 205 Indigo Creek Drive, Rochester, NY 14626

4. Upon information and belief, defendant Selective Insurance Company of America (Selective) is a New Jersey company, organized and existing under the laws of New Jersey, with its principal place of business at 40 Wantage Avenue, Branchville, NJ 07890, and is authorized to operate in New York in the business of writing surety bonds.

5. Plaintiff's claim of damages is $152,737.00, exclusive of interest.

## COMPLAINT

6.     This action arises from a construction project in Albany, New York commonly referred to as the Remodeling of Dutch Quad Rooms, SUNY Albany Dutch Quad Project #1834002 (the "project").

7.     Upon information and belief the project owner is the Dormitory Authority of New York (DASNY).

8.     Upon information and belief LeChase entered into a general construction contact with DASNY to build the project.

9.     LeChase is the general contractor on the project.

10.     In furtherance of the general contract, LeChase entered into a written subcontract with Mariangela Coppola dba Coppola and Sons (Coppola) dated March 12, 2018, wherein Coppola agreed to provide certain work including but not limited to demolition work, as more fully set forth in the subcontract for the agreed sum of $800,000.00 (the subcontract).

11.     LeChase incorporates the subcontract as if fully plead herein.

12.     During the course of the project, LeChase became concerned about Coppola's ability to pay its vendors furnishing work and/or material and/or equipment to the project.

13.     On or about November 8, 2018 one of Coppola's subcontractors, RJ Young Construction, LLC filed a notice of mechanic's lien against the project.

14.     On or about November 20, 2018 LeChase informed Coppola that LeChase would withhold further payments until Coppola undertook to discharge or otherwise satisfy the lien.

2

15.    On or about October 24, 2018 Coppola procured a performance and payment bond from Selective (the Bond) in the penal sum of $175,000. A copy of the Bond is annexed hereto at **Exhibit A**.

16.    LeChase incorporates the Bond as if fully plead herein.

17.    By the terms of the Bond Selective agreed to be bound jointly and severally with Coppola to make payment to all persons having a direct contractual relationship with Coppola, who furnished labor, material or both in the prosecution of the work on the project, in the event Coppola failed to make prompt payment to such persons.

18.    Coppola failed and refused to pay RJ Young Construction, LLC.

19.    Coppola failed and refused to discharge the mechanic's lien filed by RJ Young Construction, LLC.

20.    LeChase could not receive complete payment from the owner without the RJ Young Construction lien being paid or discharged.

21.    On or about December 6, 2018, LeChase paid RJ Young $130,300 in return for RJ Young's release of the lien it had filed against the project.

22.    In the summer of 2019 the New York State Department of Labor (NYSDOL) determined that Coppola had failed to pay its employees the prevailing wage required on all public projects in New York.

23.    Under New York law, LeChase as general contractor is ultimately liable to Coppola's employees for unpaid wages for work performed on the project.

24.    Coppola, LeChase and the NYSDOL signed a stipulation in July, 2019 wherein Coppola admitted to the failure to pay the required wages.

25. The stipulation called for the payment of $21,236.11 in wages and $1,200.99 in interest and penalties for a total due of $22,437.10.

26. Coppola failed and refused to pay any part of the wages, interest and penalties.

27.. LeChase paid the NYSDOL the $22,437.10 in wages, interest and penalties.

28. LeChase made payment to RJ Young Construction, LLC, and the NYSDOL totaling $152,737.00 to protect its own interest and not as a volunteer.

29. LeChase is subrogated to the claims of RJ Young Construction, LLC and Coppola's unpaid employees.

30. LeChase is a valid claimant under the payment bond written by Selective.

3.. LeChase submitted a notice of claim on Selective on February 11, 2020, demanding payment of $152,737.00 from Selective for the sums LeChase paid to RJ Young Construction, LLC and the NYSDOL on behalf of Coppola.

32. Selective has failed and refused to pay LeChase's claim.

33. Selective is obligated under the payment bond to pay LeChase's claim for payments made to Coppola's subcontractor and employees, and for which Coppola failed to make payment.

34. LeChase has complied with the terms and conditions of the Bond.

35. LeChase has been damaged by Selective's refusal to pay its Bond claim in an amount not less than $152,737.00.

36. Plaintiff demands a jury trial.

4

WHEREFORE, Plaintiff, LeChase prays for the following relief:

    (a)    judgment against Selective in the sum of $152,737.00 plus prejudgment interest;

    (b)    and such other and further relief as this Court deems suitable just and proper, including costs, disbursements and reasonable attorney's fees.

Dated:  February 19, 2020

Yours, etc.,

_____

Daniel P. Adams, Jr., Esq.
Fed. Id. No. 7059
ADAMS LECLAIR LLP
28 East Main Street, Suite 1500
Rochester, New York  14614
Dadams@adamsleclair.law
Tel:  (585) 327-4100

5